B7 (Official Form 7) (04/10)

# United States Bankruptcy Court
## Northern District of Ohio

In re  **Hudson & Keyse, L.L.C.**  Case No. _____
   Debtor(s)  Chapter  **7**

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.  To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### *DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None ☐  State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$7,228,306.84** | **2010 YTD: Portfolio/Document/Refund Revenue** |
| **$38,071,053.72** | **2009: Portfolio/Document/Refund Revenue** |
| **$44,731,396.62** | **2008: Portfolio/Document/Refund Revenue** |

### 2. Income other than from employment or operation of business

None ☐ State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| $28,312.00 | 2010 YTD: Rental/Interest/Misc. Income |
| $47,191.00 | 2009: Rental/Interest/Misc. Income |
| $58,318.03 | 2008: Rental/Interest/Misc. Income |

### 3. Payments to creditors

None ■ *Complete a. or b., as appropriate, and c.*

a. *Individual or joint debtor(s) with primarily consumer debts.* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None ☐ b. *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| See SOFA Attachment 3b | | $579,744.39 | $0.00 |

None ☐ c. *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| See SOFA Attachment 3c | | $38,601.63 | $0.00 |

---

* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

### 4. Suits and administrative proceedings, executions, garnishments and attachments

None ☐ a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **The Debtor is engaged in a high-volume business of debt collection, which frequently involves litigation against consumers. In the past year, the Debtor has been a party to approximately 20,000 such consumer lawsuits, the details of which can be provided upon request. Occasionally, the Debtor has been countersued by consumers and involved in other corporate level litigation, the details of which can be provided upon request.** | | | |

None ■ b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 5. Repossessions, foreclosures and returns

None ☐ List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **See Section 10 of SOFA** | | |

### 6. Assignments and receiverships

None ■ a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None ■ b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

### 7. Gifts

None ■ List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

### 8. Losses

None ■ List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

### 9. Payments related to debt counseling or bankruptcy

None ☐ List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Getzler Henrich & Associates LLC**<br>**295 Madison Avenue**<br>**20th Floor**<br>**New York, NY 10017** | **11/09/09 - 03/29/10** | **860,094.99** |
| **Benesch, Friedlander,**<br>**Coplan & Aronoff LLP**<br>**200 Public Square**<br>**Suite 2300**<br>**Cleveland, OH 44114** | **11/09/2009 through 09/02/2010** | **$83,436.25 (Note: $50,000 of $83,436.25 funded with cash collateral of VION Holdings, LLC/VION Acquisition I, LLC)** |

### 10. Other transfers

None ☐ a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| **Vion Holdings, LLC and**<br>**Vion Acquisition I, LLC**<br>**c/o Vion Receivables Investments**<br>**6595 G Roswell Road, Suite 683**<br>**Atlanta, GA 30328** | **03/22/2010** | **All assets surrendered to Vion Holdings, LLC and Vion Acquisition I, LLC pursuant to O.R.C. 1309.620 pursuant to terms of Agreement for Voluntary Surrender of Collateral Dated 03/22/2010** |

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| The New Market Corporation<br>c/o CT Corporation System,<br>as Statutory Agent<br>1300 East 9th Street<br>Cleveland, OH 44114<br>    Wholly owned subsidiary of Dollar Bank | 08/13/2010 | Real property located at 370, 374 and 378 Blackbrook Road, Painesville, Ohio 44077. Transferred pursuant to Deed-in-Lieu Agreement Dated July 19, 2010 between the Debtor and Dollar Bank. |

None ■  b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

### 11. Closed financial accounts

None ☐  List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| Dollar Bank<br>1301 E. 9th Street<br>9th Floor<br>Cleveland, OH 44114 | Operations Account #5766<br>$12.63 | Closed 07/27/2010 |
| Dollar Bank<br>1301 E. 9th Street<br>9th Floor<br>Cleveland, OH 44114 | Trust Account #5138<br>$100.00 | Closed 07/27/2010 |
| Bank One (Chase)<br>PO Box 260180<br>Baton Rouge, LA 70826 | North Carolina Trust Account #3014<br>$72.00 | Closed 12/29/2009 |
| Bank One (Chase)<br>PO Box 260180<br>Baton Rouge, LA 70826 | Texas Trust Account #3451<br>$6,592.20 | Closed 12/29/2009 |
| Bank One (Chase)<br>PO Box 260180<br>Baton Rouge, LA 70826 | North Carolina Checking Account #4776<br>$76.51 | Closed 12/29/2009 |
| HSBC<br>PO Box 1224<br>Buffalo, NY 14240 | Court Fees Account #2479<br>$5,580.34 | Closed 04/01/2009 |
| HSBC<br>PO Box 9<br>Buffalo, NY 14240 | New York Exigent Account #2487<br>$2,426.09 | Closed 04/01/2009 |

### 12. Safe deposit boxes

**None** ■ List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

### 13. Setoffs

**None** ☐ List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|
| **See SOFA Attachment 13** | | **84,930.82** |

### 14. Property held for another person

**None** ☐ List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|
| **Colin Cooper**<br>17126 Maple Drive<br>Chagrin Falls, OH 44023 | Investor Accounts; $7,846.73 | 352 Blackbrook Road, Painesville, OH 44077 |
| **Account Liquidation Services**<br>c/o Deimling, Forbes & Assoc.<br>8800 Tyler Blvd.<br>Mentor, OH 44060 | Investor Accounts; $83,441.59 | 352 Blackbrook Road, Painesville, OH 44077 |
| **Ronald and Dolores Kindel**<br>12775 Pearl Road<br>Chardon, OH 44024 | Investor Accounts; $82,091.64 | 352 Blackbrook Road, Painesville, OH 44077 |
| **Suzanna M. Novak**<br>11462 Girdled Road<br>Painesville, OH 44077 | Investor Accounts; $6,121.20 | 352 Blackbrook Road, Painesville, OH 44077 |
| **Advanced Account Recovery Services**<br>Attn: Hans Richter<br>11279 Wood Duck Avenue<br>Painesville, OH 44077 | Investor Accounts; $61,352.26 | 352 Blackbrook Road, Painesville, OH 44077 |
| **JCCOM, LLC**<br>Attn: Rob Friedman<br>23240 Chagrin Boulevard<br>Suite 180<br>Beachwood, OH 44122 | Investor Accounts; $185,930.84 | 352 Blackbrook Road, Painesville, OH 44077 |
| **JCCOM, LLC**<br>Attn: Joe Carroll<br>9555 Creawood Forest<br>Willoughby, OH 44094 | See above | |
| **SDJH Enterprises, LLC**<br>19014 Auburn Road<br>Chagrin Falls, OH 44023 | Investor Accounts; $215,315.74 | 352 Blackbrook Road, Painesville, OH 44077 |

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|
| **Vandelary Financial**<br>PO Box 453<br>Valley City, OH 44280 | **Investor Accounts; $645,581.29** | **352 Blackbrook Road, Painesville, OH 44077** |

### 15. Prior address of debtor

None ☐    If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|
| **382 Blackbrook Road**<br>**Painesville, OH 44077** | | **08/05/2003 - 08/2010** |

### 16. Spouses and Former Spouses

None ■    If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

### 17. Environmental Information.

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None ■    a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ■    b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ■    c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18. Nature, location and name of business**

None ■ a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|

None ■ b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

NAME                                    ADDRESS

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19. Books, records and financial statements**

None ☐ a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **Mark S. Finston**<br>11125 Caddie Lane<br>Painesville, OH 44077 | 2008 to Present |
| **Laurie A. Stevens**<br>9059 Hidden Glen Drive<br>Mentor, OH 44060 | 2008 to March 2010 |
| **Dawn M. Dawson**<br>5475 Canyon Ridge Drive<br>Painesville, OH 44077 | 2008 to Present |
| **Skoda Minotti**<br>6685 Beta Drive<br>Cleveland, OH 44143 | 2010 |

None ☐ b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|
| **Skoda Minotti** | 6685 Beta Drive<br>Cleveland, OH 44143 | 2010 |

None    c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records
☐       of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|
| **Mark S. Finston** | **11125 Caddie Lane**<br>**Painesville, OH 44077** |
| **Dawn M. Dawson** | **5475 Canyon Ridge Drive**<br>**Painesville, OH 44077** |
| **Skoda Minotti** | **6685 Beta Drive**<br>**Cleveland, OH 44143** |
| **BDO Seidman, LLP** | **99 Monroe Avenue NW**<br>**Suite 800**<br>**Grand Rapids, MI 49503-2695** |

None    d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was
☐       issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|
| **Charter One Bank**<br>**1215 Superior Avenue**<br>**Cleveland, OH 44114** | **Within 90 days of Year End** |
| **M & T Insurance Agency, Inc.**<br>**285 Delaware Avenue**<br>**Suite 400**<br>**Buffalo, NY 14202** | **November 2009** |
| **Chubb Group of Insurance Companies**<br>**82 Hopmeadow Street**<br>**Simsbury, CT 06070** | **November 2009** |
| **Marsh USA, Inc.**<br>**9129 Cross Park Drive**<br>**Suite 101**<br>**TN 37926** | **May 2009** |
| **International Fidelity Insurance Co**<br>**One Newark Center**<br>**20th Floor**<br>**Newark, NJ 07102** | **May 2009** |

### 20. Inventories

None    a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory,
■       and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY<br>(Specify cost, market or other basis) |
|---|---|---|

None    b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.
■

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|

### 21. Current Partners, Officers, Directors and Shareholders

None    a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.
■

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None ☐ b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| Mark Finston<br>11125 Caddie Lane<br>Painesville, OH 44077 | CEO/CFO | None |
| Jeffrey S. Berenholz<br>24760 Greenwich Lane<br>Beachwood, OH 44122 | General Counsel & Corporate Secretary | None |
| H&K Credit Collections, LLC<br>382 Blackbrook Road<br>Painesville, OH 44077 | Member | 100% Common Units |
| HK Preferred Investors, LLC<br>2000 Bethel Road<br>Suite D<br>Columbus, OH 43220 | Member | 100% Preferred Units |

**22. Former partners, officers, directors and shareholders**

None ■ a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None ☐ b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|
| John F. Havens<br>2000 Bethel Road<br>Suite D<br>Columbus, OH 43220 | Manager | 05/31/2010 |
| Ellen Hardymon<br>2000 Bethel Road<br>Suite D<br>Columbus, OH 43220 | Manager | 05/07/2010 |
| George Skestos<br>2700 East Dublin-Granville Road<br>Suite 300-A<br>Columbus, OH 43231 | Manager | 06/01/2010 |
| George A. Skestos<br>2700 East Dublin-Granville Road<br>Suite 300-A<br>Columbus, OH 43231 | Manager | 05/31/2010 |
| D. Scott Clarke<br>7630 S. Kyrene Road<br>Mail Stop T120<br>Tempe, AZ 85283 | President & CEO | 06/01/2010 |
| Steve Alonso<br>5001 Kinsley Drive<br>Mail Drop 1MOB1P<br>Cincinnati, OH 45227 | Manager | 05/17/2010 |

### 23. Withdrawals from a partnership or distributions by a corporation

**None** ☐ If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Jeffrey S. Berenholz**<br>24760 Greenich Lane<br>Beachwood, OH 44122<br>  General Counsel and Corporate Secretary | 09/07/2009 through 09/07/2010 Salary | $182,767.16 |
| **Francis A. Carroll**<br>400 Downing Drive<br>Chardon, OH 44024<br>  Relative of Former President and CEO | 09/07/2009 through 09/07/2010 Salary, Health Club and PTO | $46,646.72 |
| **D. Scott Clarke**<br>10605 Mount Royal Drive<br>Painesville, OH 44077<br>  Former President and CEO | 09/07/2009 through 09/07/2010 Salary, Car, Moving Allowance and PTO | $316,291.62 |
| **Mark S. Finston**<br>11125 Caddie Lane<br>Painesville, OH 44077<br>  CEO and CFO | 09/07/2009 through 09/07/2010 | $250,000.14 |

### 24. Tax Consolidation Group.

**None** ■ If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

NAME OF PARENT CORPORATION     TAXPAYER IDENTIFICATION NUMBER (EIN)

### 25. Pension Funds.

**None** ☐ If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|
| **Hudson & Keyse, LLC 401(k) Plan** | **20-0156411** |

---

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date **September 7, 2010**     Signature **/s/ Mark S. Finston**
                                                                 **Mark S. Finston**
                                                                 **CEO**

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

| VendorNumber | PayeeName | CheckAmount | CheckDate | CheckNumber |
|---|---|---|---|---|
| **ADP, INC.** | | | | |
| **7007 E. Pleasant Valley Road, Independence, OH 44131** | | | | |
| 0001274 | ADP, INC. | 219.78 | 8/13/2010 | 701291 |
| 0001274 | ADP, INC. | 108.38 | 7/8/2010 | 701022 |
| 0001274 | ADP, INC. | 108.38 | 8/13/2010 | 701290 |
| 0001274 | ADP, INC. | 216.03 | 7/8/2010 | 701025 |
| 0001274 | ADP, INC. | 1,720.33 | 8/13/2010 | 701294 |
| 0001274 | ADP, INC. | 225.48 | 7/8/2010 | 701026 |
| 0001274 | ADP, INC. | 108.38 | 7/21/2010 | 701105 |
| 0001274 | ADP, INC. | 389.02 | 7/21/2010 | 701106 |
| 0001274 | ADP, INC. | 1,662.36 | 7/21/2010 | 701107 |
| 0001274 | ADP, INC. | 216.03 | 7/21/2010 | 701108 |
| 0001274 | ADP, INC. | 246.66 | 8/13/2010 | 701293 |
| 0001274 | ADP, INC. | 1,662.36 | 7/8/2010 | 701024 |
| 0001274 | ADP, INC. | 394.72 | 7/8/2010 | 701023 |
| 0001274 | ADP, INC. | 373.06 | 8/13/2010 | 701292 |
| | Vendor Total | **7,650.97** | | |
| **AMATO & ASSOCIATES** | | | | |
| **107 North Commerce Way, Bethelehm, PA 18017** | | | | |
| SAA033 | AMATO & ASSOCIATES | 1,935.00 | 8/6/2010 | 701235 |
| SAA033 | AMATO & ASSOCIATES | 32,702.50 | 8/5/2010 | 701225 |
| | Vendor Total | **34,637.50** | | |
| **ANTHEM BCBS OH GROUP** | | | | |
| **PO Box 105673, Atlanta, GA 30348-5673** | | | | |
| 0001292 | ANTHEM BCBS OH GROUP | 40,686.40 | 8/11/2010 | 701240 |
| 0001292 | ANTHEM BCBS OH GROUP | 44,675.12 | 7/16/2010 | 701068 |
| 0001292 | ANTHEM BCBS OH GROUP | 26,132.82 | 9/1/2010 | Wire |
| | Vendor Total | **111,494.34** | | |
| **BASEPOINT CAPITAL, LLC** | | | | |
| **Three Pickwick Plaza, Greenwich, CT 06830** | | | | |
| | BASEPOINT CAPITAL, LLC | 25,000.00 | 9/3/2010 | Wire |
| | Vendor Total | **25,000.00** | | |
| **BENESCH FRIEDLANDER CO** | | | | |
| **200 Public Square, Suite 2300, Cleveland, OH 44114** | | | | |
| 0001138 | BENESCH FRIEDLANDER COPLAN | 3,535.00 | 6/16/2010 | 700557 |
| 0001138 | BENESCH FRIEDLANDER COPLAN | 9,932.79 | 7/8/2010 | 701020 |
| 0001138 | BENESCH FRIEDLANDER COPLAN | 50,000.00 | 9/2/2010 | Wire |
| | Vendor Total | **63,467.79** | | |
| **BUSH & RAMIREZ** | | | | |
| **24 Greenway Plaza, Suite 1700, Houston, TX 77046** | | | | |
| 0001566 | BUSH & RAMIREZ | 5,217.00 | 6/15/2010 | 700541 |
| 0001566 | BUSH & RAMIREZ | 720.00 | 6/15/2010 | 700542 |
| | Vendor Total | **5,937.00** | | |
| **CEDAR LOCKE, LLC** | | | | |
| 0001634 | CEDAR LOCKE, LLC | 50,000.00 | 6/17/2010 | 700577 |
| | Vendor Total | **50,000.00** | | |
| **CHUBB GROUP OF INSURANCE COMPANIES** | | | | |
| **15 Mountain View Road, Warren, NJ 07059** | | | | |
| 0001477 | CHUBB GROUP OF INSURANCE COMF | 14,347.75 | 8/2/2010 | 701200 |
| | Vendor Total | **14,347.75** | | |
| **DOLLAR BANK** | | | | |
| **PO Box 1075, Pittsburgh, PA 15230** | | | | |
| | DOLLAR BANK | 5,333.33 | 9/3/2010 | WIRE |
| | Vendor Total | **5,333.33** | | |

| VendorNumber | PayeeName | CheckAmount | CheckDate | CheckNumber |
|---|---|---:|---|---|
| **GARNER & CONNER PLLC** | | | | |
| **250 High Street, PO Box 5059, Maryville, TN 37802-5059** | | | | |
| 0001247 | GARNER & CONNER PLLC | 806.50 | 7/19/2010 | 014011 |
| 0001247 | GARNER & CONNER PLLC | 3,998.25 | 8/19/2010 | 701343 |
| 0001247 | GARNER & CONNER PLLC | 178.75 | 8/19/2010 | 701342 |
| 0001247 | GARNER & CONNER PLLC | 3,046.75 | 7/19/2010 | 014012 |
| 0001247 | GARNER & CONNER PLLC | 930.25 | 7/19/2010 | 014014 |
| 0001247 | GARNER & CONNER PLLC | 1,773.75 | 7/19/2010 | 014013 |
| | Vendor Total | **10,734.25** | | |
| **GUARDIAN LIFE INSURANCE** | | | | |
| **7 Hanover Square, H-26-E, New York, NY 10004** | | | | |
| 0001314 | GUARDIAN LIFE INSURANCE | 5,880.61 | 7/8/2010 | 701028 |
| 0001314 | GUARDIAN LIFE INSURANCE | 5,945.19 | 8/11/2010 | 701241 |
| 0001314 | GUARDIAN LIFE INSURANCE | 5,172.14 | 9/1/2010 | 701376 |
| | Vendor Total | **16,997.94** | | |
| **HUDSON FUNDING, LLC** | | | | |
| 0000025 | HUDSON FUNDING, LLC | 672.75 | 7/27/2010 | 701157 |
| 0000025 | HUDSON FUNDING, LLC | 2,819.00 | 7/28/2010 | 701159 |
| 0000025 | HUDSON FUNDING, LLC | 2,033.22 | 7/9/2010 | 701045 |
| 0000025 | HUDSON FUNDING, LLC | 165.00 | 7/13/2010 | 701049 |
| 0000025 | HUDSON FUNDING, LLC | 1,652.17 | 7/12/2010 | 701047 |
| 0000025 | HUDSON FUNDING, LLC | 1,130.00 | 7/14/2010 | 701051 |
| 0000025 | HUDSON FUNDING, LLC | 2,000.00 | 8/4/2010 | 701212 |
| 0000025 | HUDSON FUNDING, LLC | 2,967.35 | 7/8/2010 | 701039 |
| 0000025 | HUDSON FUNDING, LLC | 181.76 | 7/29/2010 | 701196 |
| 0000025 | HUDSON FUNDING, LLC | 1,253.00 | 7/31/2010 | 701201 |
| 0000025 | HUDSON FUNDING, LLC | 200.00 | 7/20/2010 | 701077 |
| 0000025 | HUDSON FUNDING, LLC | 200.00 | 7/15/2010 | 701061 |
| 0000025 | HUDSON FUNDING, LLC | 35.00 | 7/16/2010 | 701066 |
| 0000025 | HUDSON FUNDING, LLC | 519.00 | 7/26/2010 | 701154 |
| 0000025 | HUDSON FUNDING, LLC | 73.00 | 8/19/2010 | 701327 |
| 0000025 | HUDSON FUNDING, LLC | 605.00 | 8/26/2010 | 701368 |
| 0000025 | HUDSON FUNDING, LLC | 5,828.51 | 6/14/2010 | 700536 |
| 0000025 | HUDSON FUNDING, LLC | 1,720.00 | 6/17/2010 | 700578 |
| 0000025 | HUDSON FUNDING, LLC | 6,191.05 | 6/28/2010 | 700908 |
| 0000025 | HUDSON FUNDING, LLC | 6,244.64 | 6/30/2010 | 700938 |
| 0000025 | HUDSON FUNDING, LLC | 14,757.28 | 6/30/2010 | 700937 |
| 0000025 | HUDSON FUNDING, LLC | 5,837.78 | 6/29/2010 | 700931 |
| 0000025 | HUDSON FUNDING, LLC | 190.00 | 8/13/2010 | 701257 |
| 0000025 | HUDSON FUNDING, LLC | 2,418.62 | 8/27/2010 | 701370 |
| 0000025 | HUDSON FUNDING, LLC | 2,212.00 | 6/22/2010 | 700894 |
| 0000025 | HUDSON FUNDING, LLC | 404.00 | 8/16/2010 | 701310 |
| 0000025 | HUDSON FUNDING, LLC | 2,127.44 | 6/23/2010 | 700898 |
| 0000025 | HUDSON FUNDING, LLC | 1,810.00 | 6/18/2010 | 700881 |
| 0000025 | HUDSON FUNDING, LLC | 9,320.15 | 8/17/2010 | 701317 |
| 0000025 | HUDSON FUNDING, LLC | 2,922.89 | 8/19/2010 | 701326 |
| 0000025 | HUDSON FUNDING, LLC | 1,137.35 | 6/24/2010 | 700900 |
| 0000025 | HUDSON FUNDING, LLC | 4,344.62 | 6/25/2010 | 700903 |
| 0000025 | HUDSON FUNDING, LLC | 3,004.66 | 6/21/2010 | 700884 |
| 0000025 | HUDSON FUNDING, LLC | 1,632.89 | 7/7/2010 | 700975 |
| 0000025 | HUDSON FUNDING, LLC | 105.93 | 8/24/2010 | 701362 |
| 0000025 | HUDSON FUNDING, LLC | 4,182.98 | 6/16/2010 | 700561 |
| 0000025 | HUDSON FUNDING, LLC | 6,186.87 | 6/15/2010 | 700554 |
| 0000025 | HUDSON FUNDING, LLC | 2,103.42 | 8/17/2010 | 701315 |
| 0000025 | HUDSON FUNDING, LLC | 1,930.00 | 7/6/2010 | 700945 |
| 0000025 | HUDSON FUNDING, LLC | 7,049.67 | 7/6/2010 | 700954 |
| 0000025 | HUDSON FUNDING, LLC | 2,152.35 | 6/11/2010 | 700527 |
| 0000025 | HUDSON FUNDING, LLC | 269.26 | 8/30/2010 | 701372 |

| VendorNumber | PayeeName | CheckAmount | CheckDate | CheckNumber |
|---|---|---:|---|---|
| 0000025 | HUDSON FUNDING, LLC | 730.00 | 8/31/2010 | 701373 |
| 0000025 | HUDSON FUNDING, LLC | 1,944.12 | 8/31/2010 | 701374 |
| | Vendor Total | **115,264.73** | | |

**LIVEVOX, INC.**
**450 Sansome Street, 9th Floor, San Francisco, CA 94111**

| | | | | |
|---|---|---:|---|---|
| 0001575 | LIVEVOX, INC. | 2,500.00 | 7/8/2010 | 701033 |
| 0001575 | LIVEVOX, INC. | 2,500.00 | 6/21/2010 | 700891 |
| 0001575 | LIVEVOX, INC. | 2,500.00 | 7/21/2010 | 701130 |
| 0001575 | LIVEVOX, INC. | 2,500.00 | 8/25/2010 | 701365 |
| | Vendor Total | **10,000.00** | | |

**M&T INSURANCE AGENCY, INC.**
**285 Delaware Avenue, Suite 4000, Buffalo, NY 14202**

| | | | | |
|---|---|---:|---|---|
| 0001428 | M&T INSURANCE AGENCY, INC. | 11,804.50 | 7/29/2010 | 701161 |
| 0001428 | M&T INSURANCE AGENCY, INC. | 11,804.50 | 6/29/2010 | 700910 |
| | Vendor Total | **23,609.00** | | |

**MARSHACK HAYS, LLP**
**5410 Trabuco Road, Suite 130, Irvine, CA 92620-5749**

| | | | | |
|---|---|---:|---|---|
| 1581 | MARSHACK HAYS, LLP | 24,308.44 | 9/2/2010 | WIRE |
| | Vendor Total | **24,308.44** | | |

**P B C C**
**PO Box 856042, Louisville, KY 40285-6042**

| | | | | |
|---|---|---:|---|---|
| 0000217 | P B C C | 5,000.00 | 7/21/2010 | 014015 |
| 0000217 | P B C C | 8,415.64 | 7/26/2010 | 701152 |
| 0000217 | P B C C | 496.33 | 8/19/2010 | 701340 |
| | Vendor Total | **13,911.97** | | |

**PUMILIA PATEL & ADAMEC, LLP**
**555 West Fifth Street, Suite 3000, Los Angeles, CA 90013**

| | | | | |
|---|---|---:|---|---|
| 0001479 | PUMILIA PATEL & ADAMEC, LLP | 14,605.52 | 8/27/2010 | 014033 |
| | Vendor Total | **14,605.52** | | |

**RYAN D GESTEN, P.A.**
**6974 Griffin Road, Fort Lauderdale, FL 33314**

| | | | | |
|---|---|---:|---|---|
| FLO999 | RYAN D GESTEN, P.A. TRUST ACCT | 4,616.50 | 8/5/2010 | 701217 |
| FLO999 | RYAN D GESTEN, P.A. TRUST ACCT | 453.00 | 8/6/2010 | 701238 |
| FLO999 | RYAN D GESTEN, P.A. TRUST ACCT | 649.53 | 8/13/2010 | 701303 |
| FLO999 | RYAN GESTEN, ATTORNEY | 849.01 | 6/29/2010 | 700919 |
| FLO999 | RYAN GESTEN, ATTORNEY | 247.50 | 6/29/2010 | 700912 |
| FLO999 | RYAN GESTEN, ATTORNEY | 456.30 | 6/29/2010 | 700933 |
| FLO999 | RYAN GESTEN, ATTORNEY | 496.81 | 6/29/2010 | 700911 |
| FLO999 | RYAN GESTEN, ATTORNEY | 1,024.51 | 6/29/2010 | 700932 |
| | Vendor Total | **8,793.16** | | |

**THE ILLUMINATING COMPANY**
**PO Box 3638, Akron, OH 44309-3638**

| | | | | |
|---|---|---:|---|---|
| 0000300 | THE ILLUMINATING COMPANY | 1,520.06 | 7/8/2010 | 701010 |
| 0000300 | THE ILLUMINATING COMPANY | 990.50 | 8/13/2010 | 701277 |
| 0000300 | THE ILLUMINATING COMPANY | 63.36 | 8/13/2010 | 701278 |
| 0000300 | THE ILLUMINATING COMPANY | 1,145.63 | 8/13/2010 | 701276 |
| 0000300 | THE ILLUMINATING COMPANY | 23.71 | 8/13/2010 | 701279 |
| 0000300 | THE ILLUMINATING COMPANY | 3.08 | 8/13/2010 | 701280 |
| 0000300 | THE ILLUMINATING COMPANY | 634.00 | 7/9/2010 | 701041 |
| 0000300 | THE ILLUMINATING COMPANY | 468.99 | 7/8/2010 | 701013 |
| 0000300 | THE ILLUMINATING COMPANY | 222.87 | 7/8/2010 | 701014 |
| 0000300 | THE ILLUMINATING COMPANY | 26.22 | 7/8/2010 | 701015 |
| 0000300 | THE ILLUMINATING COMPANY | 69.36 | 7/8/2010 | 701009 |
| 0000300 | THE ILLUMINATING COMPANY | 467.63 | 7/21/2010 | 701127 |
| 0000300 | THE ILLUMINATING COMPANY | 24.57 | 7/8/2010 | 701011 |
| 0000300 | THE ILLUMINATING COMPANY | 1,540.14 | 7/21/2010 | 701128 |
| 0000300 | THE ILLUMINATING COMPANY | 147.75 | 7/8/2010 | 701012 |
| 0000300 | THE ILLUMINATING COMPANY | 715.32 | 7/21/2010 | 701126 |
| 0000300 | THE ILLUMINATING COMPANY | 64.39 | 7/21/2010 | 701125 |
| | Vendor Total | **8,127.58** | | |

| VendorNumber | PayeeName | CheckAmount | CheckDate | CheckNumber |
|---|---|---:|---|---|
| **TRANS UNION LLC** | | | | |
| **555 West Adams, Chicago, IL 60661** | | | | |
| 0000128 | TRANS UNION LLC | 3,990.46 | 6/15/2010 | 700550 |
| 0000128 | TRANS UNION LLC | 436.14 | 8/19/2010 | 701338 |
| 0000128 | TRANS UNION LLC | 181.50 | 8/19/2010 | 701339 |
| 0000128 | TRANS UNION LLC | 2,980.02 | 7/21/2010 | 701083 |
| 0000128 | TRANS UNION LLC | 247.50 | 7/21/2010 | 701084 |
| | Vendor Total | **7,835.62** | | |
| **Thurl M. Quigley** | | | | |
| **4600 West 77th Street, Suite 353, Minneapolis, MN 55439** | | | | |
| WH27005 | Thurl M. Quigley | 420.00 | 6/18/2010 | 700659 |
| WH27005 | Thurl M. Quigley | 420.00 | 6/18/2010 | 700663 |
| WH27005 | Thurl M. Quigley | 420.00 | 6/18/2010 | 700662 |
| WH27005 | Thurl M. Quigley | 4,197.50 | 8/5/2010 | 701233 |
| WH27005 | Thurl M. Quigley | 970.00 | 8/6/2010 | 701237 |
| WH27005 | Thurl M. Quigley | 420.00 | 6/18/2010 | 700658 |
| WH27005 | Thurl M. Quigley | 420.00 | 6/18/2010 | 700661 |
| WH27005 | Thurl M. Quigley | 420.00 | 6/18/2010 | 700660 |
| | Vendor Total | **7,687.50** | | |
| | **AGGREGATE** | **579,744.39** | | |

| VendorNumber | PayeeName | CheckAmount | Extension | CheckDate | CheckNumber | BankCode |
|---|---|---:|---|---|---|---|
| **D. SCOTT CLARKE - Former President & CEO** | | | | | | |
| **7630 S. Kyrene Road, Mail Stop T120, Tempe, AZ 85283** | | | | | | |
| NOF | D. SCOTT CLARKE | 193.15 | 04 | 2/22/2010 | 013198 | O |
| NOF | D. SCOTT CLARKE | 201.15 | 04 | 2/3/2010 | 013020 | O |
| NOF | D. SCOTT CLARKE | 642.29 | 04 | 2/26/2010 | 013273 | O |
| NOF | D. SCOTT CLARKE | 88.15 | 04 | 3/4/2010 | 013309 | O |
| NOF | D. SCOTT CLARKE | 4,565.34 | 04 | 10/20/2009 | 011888 | O |
| NOF | D. SCOTT CLARKE | 550.33 | 04 | 1/25/2010 | 012913 | O |
| NOF | D. SCOTT CLARKE | 1,411.90 | 04 | 11/19/2009 | 012238 | O |
| NOF | D. SCOTT CLARKE | 4,382.15 | 04 | 9/15/2009 | 011357 | O |
| NOF | D. SCOTT CLARKE | 334.84 | 04 | 4/2/2010 | 013564 | O |
| NOF | D. SCOTT CLARKE | 250.99 | 04 | 3/12/2010 | 013436 | O |
| NOF | D. SCOTT CLARKE | 271.22 | 04 | 3/12/2010 | 013435 | O |
| NOF | D. SCOTT CLARKE | 1,189.66 | 04 | 5/17/2010 | 700358 | L |
| NOF | D. SCOTT CLARKE | 164.33 | 04 | 7/9/2010 | 701043 | L |
| | Vendor Total | **14,245.50** | | | | |
| **FRANK CARROLL - Former VP Legal Collections** | | | | | | |
| **400 Downing Drive, Chardon, OH 44024** | | | | | | |
| NOF | FRANK CARROLL | 126.09 | 04 | 11/19/2009 | 012239 | O |
| | Vendor Total | **126.09** | | | | |
| **JEFF BERENHOLZ - Current General Counsel & Corporate Secretary** | | | | | | |
| **24760 Greenich Lane, Beachwood, OH 44122** | | | | | | |
| NOF | JEFF BERENHOLZ | 1,251.17 | 04 | 7/29/2010 | 701163 | L |
| NOF | JEFF BERENHOLZ | 1,026.69 | 04 | 8/6/2010 | 701239 | L |
| NOF | JEFF BERENHOLZ | 844.70 | 04 | 2/18/2010 | 013151 | O |
| NOF | JEFF BERENHOLZ | 5,270.62 | 04 | 11/19/2009 | 012246 | O |
| NOF | JEFF BERENHOLZ | 1,313.91 | 04 | 7/19/2010 | 701069 | L |
| NOF | JEFF BERENHOLZ | 1,503.06 | 04 | 6/16/2010 | 700572 | L |
| NOF | JEFF BERENHOLZ | 2,693.93 | 04 | 5/18/2010 | 700359 | L |
| NOF | JEFF BERENHOLZ | 812.82 | 04 | 6/4/2010 | 700453 | L |
| NOF | JEFF BERENHOLZ | 166.29 | 04 | 10/12/2009 | 011596 | O |
| NOF | JEFF BERENHOLZ | 2,618.01 | 04 | 9/18/2009 | 011483 | O |
| NOF | JEFF BERENHOLZ | 255.62 | 04 | 8/30/2010 | | |
| | Vendor Total | **17,756.82** | | | | |
| **JOSEPH M CARROLL - Former President & CEO** | | | | | | |
| **7700 Tyler Boulevard, Mentor, OH 44060** | | | | | | |
| 0000091 | JOSEPH M CARROLL | 21.50 | 03 | 4/2/2010 | 013575 | O |
| 0000091 | JOSEPH M CARROLL | 4.00 | 03 | 6/21/2010 | 700889 | L |
| 0000091 | JOSEPH M CARROLL | 113.73 | 03 | 2/26/2010 | 013271 | O |
| 0000091 | JOSEPH M CARROLL | 4.00 | 03 | 5/26/2010 | 700387 | L |
| 0000091 | JOSEPH M CARROLL | 173.10 | 03 | 9/15/2009 | 011371 | O |
| 0000091 | JOSEPH M CARROLL | 35.00 | 03 | 10/16/2009 | 011664 | O |
| 0000091 | JOSEPH M CARROLL | 4.00 | 03 | 4/14/2010 | 013706 | O |
| 0000091 | JOSEPH M CARROLL | 59.50 | 03 | 1/31/2010 | 012985 | O |
| 0000091 | JOSEPH M CARROLL | 4.00 | 03 | 7/19/2010 | 701073 | L |
| 0000091 | JOSEPH M CARROLL | 42.00 | 03 | 11/13/2009 | 012090 | O |
| 0000091 | JOSEPH M CARROLL | 31.50 | 03 | 12/31/2009 | 012728 | O |
| | Vendor Total | **492.33** | | | | |
| **MARK FINSTON - Current CEO & CFO** | | | | | | |
| **11125 Caddie Lane, Painesville, OH 44077** | | | | | | |
| NOF | MARK FINSTON | 263.37 | 04 | 5/18/2010 | 700360 | L |
| NOF | MARK FINSTON | 1,747.69 | 04 | 8/24/2010 | 701361 | L |
| NOF | MARK FINSTON | 1,665.69 | 04 | 8/24/2010 | 701359 | L |
| NOF | MARK FINSTON | 239.86 | 04 | 9/15/2009 | 011361 | O |
| NOF | MARK FINSTON | 42.00 | 04 | 9/11/2009 | 011239 | O |
| NOF | MARK FINSTON | 77.56 | 04 | 6/4/2010 | 700456 | L |
| NOF | MARK FINSTON | 570.00 | 04 | 6/17/2010 | 700575 | L |
| NOF | MARK FINSTON | 1,374.72 | 04 | 7/15/2010 | 701062 | L |
| | Vendor Total | **5,980.89** | | | | |
| | Vendor Total | **38,601.63** | | | | |

Attachment to SOFA 13
COURT COSTS WITHHELD FROM REMITS
BY ATTORNEY 6/10/10 THRU 8/31/10

| ATTORNEY | ADDRESS | DATES | TOTAL |
|---|---|---|---|
| Edwin A. Abrahamsen & Assoc. | 1729 Pittston Avenue, Scranton, PA 18505 | 8/13/10 | 570.90 |
| Alaska Law Offices, Inc. | 921 W. 6th Avenue, Anchorage, AK 99501-2029 | 7/6/10, 7/20/10 | 129.35 |
| A. Allen Ramsey, PC | 201 20th Street South, Birmingham, AL 35210 | 7/9/10 | 68.54 |
| Amato & Associates, PC | 107 North Commerce Way, Bethlehem, PA 18017 | 7/13/10, 8/9/10 | 31.50 |
| William D. Bagley | 1107 West 6th Avenue, Cheyenne, WY 82001 | 7/12/10, 8/10/10 | 269.00 |
| Timothy E. Baxter & Associates, P.C. | PO Box 2669, Farmington Hills, MI 48333-2669 | 6/17/10, 6/25/10, 8/6/10, 8/31/10 | 343.72 |
| Stephen A. Bernheim | 512 Bell Street, Edmonds, WA 98020 | 6/15/10, 6/29/10, 7/13/10, 7/29/10, 8/12/10, 8/27/10 | 1,236.38 |
| Bukaty & Fritch, LLC | Suite 1810, One Galleria Boulevard, Metairie, LA 70001 and 610 Lotus Drive North, Suite D, Mandeville, LA 70448 | 6/15/10, 8/10/10 | 2,095.71 |
| Gary L. Chrystler, Attorney At Law | 363 N University Avenue, #103, Provo, UT 84601-8422 | 6/23/10 | 261.50 |
| Couch Stillman | 111 Veterans Memorial Blvd., Suite 1660, Metairie, LA 70005 | 8/30/10 | 508.00 |
| Smith Debnam | 4601 Six Forks Road, Suite 400, Raleigh, NC 27609 | 7/7/10, 7/30/10 | 890.10 |
| Degan, Blanchard, Nash | Texaco Center, 400 Poydras Street, Suite 2600, New Orleans, LA 70130 | 7/20/10 | 5,719.24 |
| Dellwo, Roberts & Scanlon, PS | 1124 West Riverside Avenue, Suite 310, Spokane, WA 99201 | 6/25/10 | 431.16 |
| Russell S. Duerksen, Attorney | 390 West Butterfield Road, Chino Valley, AZ 86323 | 6/15/10, 7/12/10 | 59.56 |
| Elggren & Van Dyke | 7390 Creek Road #201, Sandy, UT 84093 | 7/12/10, 7/31/10 | 122.52 |
| Erskine & Fleisher | 55 Weston Road, Weston, FL 33326-1169 | 6/17/10, 8/9/10 | 100.00 |
| Gamache & Myers PC | 1000 Camera Avenue, Suite A, St. Louis, MO 63126 | 7/12/10 | 175.00 |
| Garner & Conner | 250 High Street, PO Box 5059, Maryville, TN 37802-5059 | 8/27/10 | 263.00 |
| Stanley Greenberg, Attorney | 6080 Center Drive, Suite 800, Los Angeles, CA 90045-1574 | 6/11/10 | 221.00 |
| Gurstel, Staloch & Chargo, PA | 6681 Country Club Drive, Golden Valley, MN 55427 | 6/28/10 | 385.00 |
| Timothy Hacking, LLC | 1300 East Ninth Street, 14th Floor, Cleveland, OH 44114 | 8/31/10 | 5.00 |
| Hammerman & Hultgren, PC | 3101 N. Central Avenue, 5th Floor, Phoenix, AZ 85012 | 6/21/10, 6/30/10, 7/20/10, 8/5/10, 8/23/10 | 2,204.50 |
| Frederick J. Hanna & Associates | 1427 Roswell Road, Marietta, GA 30062 | 6/30/10, 7/16/10, 7/31/10, 8/31/10 | 1,279.00 |
| Harrington, Anderson & DeBlasio | 1737 NE Broadway Street, Portland, OR 97232-1427 | 8/16/10 | 77.00 |
| Keating, O'Gara Davis & Nedved PC | 530 South 13th Street, Suite 100, Lincoln, NE 68508-2795 | 6/18/10, 6/30/10, 7/29/10 | 328.62 |
| Litow Law Office | 1847 E Avenue NE, Cedar Rapids, IA 52402 | 6/16/10 | 40.00 |
| Lloyd & McDaniel, PC | 11405 Park Road, Suite 200, PO Box 23200, Louisville, KY 40223-0200 | 6/30/10, 7/19/10, 8/4/10, 8/16/10 | 7,848.39 |
| Love Beal & Nixon, PC | 6621 N. Meridian Avenue, Oklahoma City, OK 73116 | 6/11/10, 6/29/10, 7/12/10, 8/13/10 | 184.90 |
| Lyons Doughty & Veldhuis | 15 Ashley Place, Suite 2B, Wilmington, DE 19804 | 7/31/10, 8/17/10 | 4,559.53 |
| Machol & Johannes | 600 Seventeenth Street, Suite 800 North, Denver, CO 80202 | 6/16/10, 6/30/10, 7/16/10, 7/31/10, 8/17/10, 8/31/10, 6/15/10, 6/23/10, 6/29/10, 7/7/10, 7/12/10, 7/31/10, | 5,355.09 |
| Derrick E. McGavic | 1666 W. 12th Avenue, Eugene, OR 97402-3716 | 8/9/10, 8/23/10 | 1,415.87 |
| Melia & Osol | 16 Harvard Street, Worcester, MA 01609-2833 | 8/31/10 | 147.02 |

| ATTORNEY | ADDRESS | DATES | TOTAL |
|---|---|---|---|
| Robert T. Miller, Jr. | 1244 Harwood Road, Suite 200, Bedford, TX 76021-4244 | 8/11/10, 8/23/10 | 1,262.50 |
| Pertrouka & Pertrouka Law | | 6/28/10, 8/27/10 | 55.00 |
| Rausch, Sturm, Israel & Hornik | 250 North Sunnyslope Road, Suite 300, Brookfield, WI 53005 | 6/16/10, 7/16/10, 8/16/10 | 128.00 |
| Regent & Associates, LLP | 2650 Fountain View Drive, Suite 233, Houston, TX 77057-7669 | 6/16/10, 6/30/10, 7/31/10 | 1,275.35 |
| Rubenstein Cogan Beehler & Quick PC | 12 S. Summit Avenue, Gaithersburg, MD 20877-2089 | 6/16/10 | 455.81 |
| Michael J. Scott, PC | 1925 E. Belt Line Road, Suite 550, Carrollton, TX 75006 | 6/30/10, 7/31/10, 8/31/10 | 41,035.67 |
| Thurl M. Quigley | 4600 West 77th Street, Suite 353, Minneapolis, MN 55439 | 6/17/10 | 7.40 |
| Wallick & Associates | 51 Jefferson Blvd., Suite 401, Warwick, RI 02888-1010 | 7/26/10 | 40.00 |
| Gerald Woolwine | 114 W. 8th Avenue, Ashland, KS 67831 | 6/17/10 | 3,344.99 |
| | | | 84,930.82 |