IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

In re:                                              CHAPTER 7 CASE NO. 10-18846

HUDSON & KEYSE, L.L.C.            JUDGE JESSICA E. PRICE SMITH

             Debtor(s)

## TRANSMITTAL OF UNCLAIMED FUNDS

       WALDEMAR J. WOJCIK, Trustee of this Estate, reports the following:

       1. Ninety (90) days have passed since final distribution was made in this case. A stop payment has been issued on all checks remaining unpaid. The names of the persons to whom such unnegotiated checks were issued, the amount of such check and their last known address are listed on the Attachment hereto.

       2. Your Trustee's Check No. 10134 for $13,476.49 payable to the Clerk of the U.S. Bankruptcy Court, was paid electronically through the Court's ACH Direct Debit Module.

DATE: July 6, 2017                                     /s/ Waldemar J. Wojcik
                                                                 _____
                                                                 WALDEMAR J. WOJCIK, Trustee
                                                                 526 Superior Avenue, Suite 211
                                                                 Cleveland, OH 44114
                                                                 (216) 241-2628

Per 11 U.S.C. 347(a)

**ATTACHMENT TO TRANSMITTAL OF UNCLAIMED FUNDS**

Re:  Hudson & Keyse, LLC
     Case No. 10-18846

CASTLEBRANCH, INC.
1845 SIR TYLER DRIVE
Wilmington, NC 28405
Claim #5
Check #10081
Amount:  $53.92

MASTERFILES, INC.
16816 DALLAS PARKWAY
Dallas, TX 75248-1919
Claim #12
Check #10088
Amount:  $3,204.24

GOLDEN & SCAZ, PLLC
201 North Armenia Avenue
TAMPA, FL 33609-2303
Claim #14
Check #10090
Amount:  $996.41

FERESHTEH SADR
10717 N. GAZEBO HILL PARKWAY
MEQUON, WI 53092
Claim #43
Check #10097
Amount:  $7,466.67

ABC MOBILE SHREDDING INC.
P.O. BOX 5519
WILLOWICK, OH 44095
Claim #44
Check #10098
Amount:  $47.14

Verizon Wireless
PO Box 3397
Bloomington, IL 61702-3397
Claim #62
Check #10112
Amount:  $143.02

Midland Credit Management, Inc.
as agent for Midland Funding, LLC
PO Box 2011
Warren, MI  48090
Claim #69
Check #10118
Amount:  $282.45

Porter Wright Morris & Arthur LLP
925 Euclid Ave., Suite 1700
Cleveland, OH 44115
Claim #82
Check #10123
Amount:  $1,282.64